UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

BOBBY E. HENARD,                    )
                                    )
                    Petitioner,     )
                                    )
        v.                          )          CAUSE NO. 3:08-CV-494 WL
                                    )
SUPERINTENDENT,                     )
                                    )
                    Respondent.     )

OPINION AND ORDER

The respondent, by counsel, having demonstrated that Bobby E. Henard has been restored

the earned credit time that he lost in the prison disciplinary hearing NCF 08-04-0152, this case is

now closed. The clerk is **DIRECTED** to enter judgment pursuant to this court's order of May 7,

2009 (DE 12).

        SO ORDERED.

        ENTERED: June 3, 2009

                                         s/William C. Lee
                                        William C. Lee, Judge
                                        United States District Court